# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAHIM MUHAMMAD,
              Appellant,

vs.

THE STATE OF NEVADA,
              Respondent.

No. 79223

**FILED**

SEP 0 4 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

    This is a pro se appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

    Appellant has filed a notice to voluntarily dismiss this appeal. This court elects to treat this notice as a motion for a voluntary dismissal of this appeal. Cause appearing, the motion is granted. NRAP 42(b). Accordingly, this court

    ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

---

    [1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a postconviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

19-37010

cc: Hon. Scott N. Freeman, District Judge
Rahim Muhammad
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A